# FILED

01/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0619

SUSAN JOHNSON, DAVE
JOHNSON, KATHY RICH,
SUSAN HINKINS, RICHARD
GILLETTE, LINDA FULLER,
LARRY JENT, JULIE JENT,
RICHARD J. CHARRON,
KRISTIN CHARRON,

Plaintiffs and Appellees

v.

ALPHA SIGMA PHI
(MONTANA STATE
UNIVERSITY CHAPTER), and
CITY OF BOZEMAN,

Defendants and Appellants.

**ORDER GRANTING DEFENDANT AND APPELLANT CITY OF BOZEMAN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant City of Bozeman has moved this Court for an additional extension, pursuant to Mont. R. App. P. 26, for a two-week extension, from January 29, 2024, up to and including February 12, 2024, in which to file its Opening Brief in this matter. The other parties do not oppose the motion.

IT IS HEREBY ORDERED that Appellants shall have up to and including February 12, 2024, to file its opening brief.

**ELECTRONICALLY SIGNED BELOW**

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 22 2024